IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGIA FRAZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:02cv396-VPM |
| | ) |
| JO ANNE B. BARNHART | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER AND FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is hereby

ORDERED that the decision of the Commissioner is AFFIRMED.

DONE this 8th day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE